**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>MNAP MEDICAL SOLUTIONS, INC.<br>401(k) P/S PLAN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:22-cv-2025-ER |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor, moves this Court to enter default judgment in favor of the Plaintiff against Defendant MNAP Medical Solutions, Inc. 401(k) P/S Plan ("Defendant"), on the grounds that default has been entered against Defendant failure to plead or otherwise defend in this matter.

Plaintiff submits the following in support of this Motion: Memorandum of Law, Declaration of Employee Benefits Security Administration Investigator Bindu George (attached as Exhibit "A"), and proposed order.

Respectfully submitted,

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103
(215) 861-5140 (voice)
(215) 861-5162 (fax)

unger.erik.s@dol.gov

Date: November 29, 2022

**UNITED STATES DEPARTMENT OF LABOR**

Seema Nanda
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

*/s/ Erik S. Unger*
By: Erik S. Unger
Trial Attorney
PA ID # 323903

Attorneys for Plaintiff