**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARTIN J. WALSH,<br>SECRETARY OF LABOR,<br>U.S. DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>MNAP MEDICAL SOLUTIONS, INC.<br>401(k) P/S PLAN,<br><br>Defendant. | Civil Action No. 2:22-cv-2025-ER |

## DEFAULT JUDGMENT

Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), filed a Complaint against Defendant MNAP Medical Solutions, Inc. 401(k) P/S Plan (the "Defendant" or "Plan") on May 24, 2022. The Secretary has effectuated service on Defendant. ECF No. 6. On August 21, 2022, copies of the summonses, complaint, and waiver of service was served by electronic mail on Defendant's designated agent, Sergiy Shkuro. See, ECF No. 6. On August 24, 2022, the Secretary filed with the Court a waiver of service form signed by Defendant's designated agent. ECF No. 6. Defendant was required to file an answer and/or other responsive pleading to the Complaint by October 20, 2022. ECF No. 6. On October 25, 2022, the Secretary filed a Request for Entry of Default because Defendants had not filed an answer and/or other responsive pleading. See, ECF No. 7. On that same day, the Clerk entered a default against Defendant. See, Court Docket.

The Secretary now moves the Court to issue a Default Judgment against the Defendant. As set forth in the Declaration of Investigator Bindu A. George filed with the Secretary's Motion, the Plan was sponsored by MNAP Medical Solutions, Inc. (the "Company"). The

Company is a Pennsylvania corporation and ceased all operations in 2018. When operation ceased, the Company failed to appoint a trustee to act as the fiduciary to the Plan, which violates Section 402(a)(1) and 403(a) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1102(a)(1) ("ERISA").

It is hereby ORDERED, ADJUDGED AND DECREED by the Court that:

1. The Secretary's Motion for Default Judgment against Defendant be granted in full, and that the judgment be entered in favor of the Secretary against said Defendant for violations of ERISA §§ 402(a)(1) and 403(a), 29 U.S.C. § 1102(a)(1).
2. The Court appoints AMI Benefit Plan Administrators, Inc. ("AMI") of 100 Terra Bella Drive, Youngstown, Ohio 44505 (Phone: (800) 451-2865) as the Independent Fiduciary to the Plan who:
    a. Will be responsible for collecting, marshaling, paying out and administering all of the Plan's assets and taking further action with respect to the Plan as appropriate, including terminating the Plan when all of its assets are distributed to all eligible participants and beneficiaries;
    b. Must exercise reasonable care and diligence to identify and locate each Plan participant and beneficiary who is eligible to receive a distribution under the terms of the Plan;
    c. Shall have all the rights, duties, discretion and responsibilities of a trustee, fiduciary, and Plan Administrator under ERISA, including filing a final Form 5500;
    d. Shall be authorized to delegate or assign fiduciary duties as appropriate and allowed under the law and may retain such assistance as it may require, including

attorneys, accountants, actuaries, and other service providers;

e. Shall be authorized to receive up to $2,435 in reasonable fees and expenses, which may be paid from the Plan's assets;

f. Shall be authorized to have full access to all data, information, and calculations in the Plan's possession and under its control, including information and records maintained by the Plan's custodial trustee or service provider;

g. Shall have the authority to give instructions respecting the disposition of assets of the Plan; and

h. Shall comply with all applicable rules and laws.

3. The Court retains jurisdiction of this action for purposes of enforcing compliance with the terms of this Default Judgment.

4. The Court directs the entry of this Default Judgment as a final order.

5. The Clerk is directed to administratively CLOSE this case.

Date: _______________

_____________________________
Honorable Eduardo C. Robreno