**CERTIFICATE OF SERVICE**

I certify that on November 29, 2022, I electronically filed the foregoing motion for default judgment with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to all registered CM/ECF users and also served the foregoing motion via electronic mail on the following party:

MNAP Medical Solutions, Inc. 401(k) P/S Plan
c/o Sergiy Shkuro
us2000ua@yahoo.com

/s/ Erik S. Unger
Erik S. Unger
Trial Attorney